UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: Rhina Benavidez ) | 09-47228 |
| ) | |
| Debtor. ) | A. Benjamin Goldgar |
| ) | |
| ) | Trustee: John Gierum |
| TO: See Service List | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on January 29, 2010 at 1:30 p.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable A. Benjamin Goldgar, Bankruptcy Judge, or any judge sitting in his stead, in Courtroom B, usually occupied by him as a courtroom in the Park City Branch Court, or any other courtroom he may occupy at 301 Greenleaf Ave, Park City, Illinois, and shall there present the **MOTION TO REDEEM,** a copy of which is attached hereto and is herewith served upon you, and shall pray for the entry of an Order in compliance there with, a draft of which Order is attached hereto and is herewith served upon you.

/s/Paul R. Idlas
Paul R. Idlas

## CERTIFICATE OF SERVICE

I, Sally Johnsen, a non-attorney, depose and state that I caused a true and correct copy of the foregoing **MOTION TO REDEEM** identified therein to be served by facsimile upon the persons listed in the attached service list at their respective places of on the 29th day of December, 2009.

SUBSCRIBED AND SWORN TO before me this 29th day of December, 2009.

Notary Public

OFFICIAL SEAL
PAUL R IDLAS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:02/05/13

Paul R. Idlas, Attorney for Debtor
1099 N. Corporate Circle
Grayslake, IL 60030

John Gierum
9700 Higgins Rd ste 1015
Rosemont, IL 60018

William T. Neary
United States Trustee (Region 11)
219 S Dearborn St, ste 873
Chicago, IL 60604

National Auto Finance Company
BK Dept
PO Box 130424
Roseville, MN 55113

Rhina Benavidez
305 Devlin Rd apt 304
Ingleside, IL 60041

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                  )   Case No. 09-47228
                                        )   Chapter 7
    Rhina Benavidez                     )   Judge A. Benjamin Goldgar
                                        )   Trustee: John Gierum
    Debtor.                             )   January 29, 2010 1:30pm

## MOTION FOR AUTHORITY TO REDEEM PERSONAL PROPERTY AND APPROVAL OF ASSOCIATED FINANCING AND ATTORNEY FEES UNDER 11 U.S.C. 722

Now comes the Debtor, Rhina Benavidez, by and through counsel, and moves the court pursuant to 11 U.S.C. 722 and Bankruptcy Rule 6008 for a Redemption Order on the following grounds:

1) The item to be redeemed is tangible personal property intended primarily for personal, family or household use is more particularly described as follows:

    Year: 2005        Make: Nissan        Model: Sentra

    Vin: 3N1AB51D95L522040

2) The interest of the Debtor in such property is exempt or has been abandoned by the estate and the debt (which is secured by said property to the extent of the allowed secured claim of the Creditor) is a dischargeable consumer debt.

3) The allowed secured claim of said Creditor for purposes of redemption, the "redemption value", should be determined to be not more than $7,750.00 as evidenced by the attached written retail appraisal.

4) Arrangements have been made by the Debtor to pay to the said Creditor up to the aforesaid amount in a lump sum should this motion be granted.

5) The payment for this proposed redemption is to be financed through U.S. Bank N.A., with all of the particulars of that financing (interest rate, finance charge, amount financed, total of payments, amount of payments, etc.) set fourth in full detail in the attachment(s) hereto. As demonstrated there, the monthly amount, term of the payments and the overall amount of the repayment will be decreased significantly through the proposed redemption. Debtor's attorney does not charge any additional legal fee for this proposed redemption.

**WHEREFORE,** the Debtor, Rhina Benavidez, request the Court to order the said Creditor to accept from the Debtor the lump sum payment of the redemption value and release their lien of record. In the event that said Creditor objects to this motion, the Debtor request the Court to determine the value of the property as of the time of the hearing on such objection.

/s/Paul R. Idlas
Attorney for Debtor

Paul R. Idlas
Attorney for Debtor
1099 North Corporate Circle
Grayslake, IL 60030
(847) 223-5555